ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CRISTOBAL PARRA,<br>Defendant. | Case No: 5:26-mj-00040-CDB<br><br>~~[PROPOSED]~~ ORDER TO UNSEAL COMPLAINT |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the complaint and all other pleadings and filings be unsealed.

IT IS SO ORDERED.

Dated: **November 4, 2026**

UNITED STATES MAGISTRATE JUDGE